IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MICAH BEWLEY,** individually and on behalf of similarly situated persons,<br><br>**Plaintiff,**<br><br>v.<br><br>**AMERIFIELD, INC.**,<br><br>**Defendant.** | **Civil Action No. 4:21-cv-1419**<br><br>**Jury Demanded** |

## JOINT STIPULATION OF DISMISSAL

The above-named Parties, by and through their undersigned counsel of record and pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby represent to this honorable Court that they have stipulated to the dismissal of the instant action. Accordingly, Plaintiff hereby dismisses his claims against Defendant in this action without prejudice and with each party to bear its own costs.

Respectfully submitted,

**FORESTER HAYNIE PLLC**

/s/ *M. Mathews*_____
**Meredith Black-Mathews**
Texas Bar No. 24055180
**J. Forester**
Texas Bar No. 24087532
400 N. St. Paul St., Suite 700
Dallas, TX 75201
(214) 210-2100 phone
(469) 399-1070 fax
mmathews@foresterhaynie.com
jay@foresterhaynie.com

**ATTORNEYS FOR PLAINTIFF**

-and-

/s/ *David Gregory (signed w/ permission)*
**David M. Gregory**
Texas Bar No. 24007274
Southern District ID No. 24937
Locke Lord LLP
600 Travis Street, Ste 2800
Houston, Texas 77002
(713) 226-1200 phone
(713) 223-3717 fax
dgregory@lockelord.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT AMERIFIELD, INC.**

OF COUNSEL:
**Evan C. Blankenau**
Texas Bar No. 24092142
Southern District ID No. 2507901
600 Travis Street, Ste 2800
Houston, Texas 77002
(713) 226-1200 phone
(713) 223-3717 fax
evan.blankenau@lockelord.com

## CERTIFICATE OF SERVICE

Service of this document will be made via the Court's Electronic Case Filing System on all Parties of record.

/s/ *M. Mathews*
**Meredith Black-Mathews**