UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 03, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Micah Bewley, | § |
|　　　　Plaintiff, | § |
| versus | §　Civil Action H-21-1419 |
| Amerifield, Inc., | § |
| 　　　　Defendant. | § |

## Final Dismissal

Upon the agreement of the parties, the case is dismissed without prejudice. (13)

Signed on September 3, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge